IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>CLEARVIEW HORIZON, INC., MIKE LINDERMAN, and MICHELE MANNING,<br><br>Defendants. | CV 21-73-M-DLC-KLD<br><br>ORDER OF RECUSAL |

    I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington Lohn and Robinson. Accordingly, I ask that this case be reassigned.

    DATED this 11th day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge