IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | CV 21–73–M–DLC |
| Plaintiff and Counter-Defendant, | ORDER |
| v. | |
| CLEARVIEW HORIZON, INC., MIKE LINDERMAN, and MICHELE MANNING, | |
| Defendants, | |
| and | |
| MACKENZIE CORINNE HOYER, JULIANNA PELUSO, ALLANAH TERRETT, EMILY CARTER, STEPHANIE KAISER, SUZANNAH SCARCELLO, ANNA BRYANT, and CHRISTINA WARD, | |
| Defendant-Intervenors. | |
| ─────────────────────────────── | |
| CLEARVIEW HORIZON, INC., | |
| Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as | |

1

PAYNEWEST INSURANCE, INC.),

Third-Party Defendant.

Before the Court is the Unopposed Emergency Motion for Elizabeth Lund and Randall Nelson to Appear Telephonically at the Preliminary Pretrial Conference.  (Doc. 36.)  The Motion states that current road conditions between Billings, Bozeman, and Missoula are dangerous, and it therefore would be safer for Ms. Lund and Mr. Nelson to appear telephonically.  (*Id.* at 2.)

IT IS ORDERED that the Motion (Doc. 36) is GRANTED.  Ms. Lund and Mr. Nelson may appear telephonically for the preliminary pretrial conference by dialing 1-888-684-8852 and entering access code 4181912.

DATED this 7th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court