IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>CLEARVIEW HORIZON, INC., MIKE LINDERMAN, and MICHELE MANNING,<br><br>    Defendants,<br><br>and<br><br>MACKENZIE CORINNE HOYER, JULIANNA PELUSO, ALLANAH TERRETT, EMILY CARTER, STEPHANIE KAISER, SUZANNAH SCARCELLO, ANNA BRYANT, and CHRISTINA WARD,<br><br>    Defendant-Intervenors.<br>_____<br><br>CLEARVIEW HORIZON, INC.,<br><br>    Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as | CV 21–73–M–DLC<br><br><br>ORDER |

1

| |
|---|
| PAYNEWEST INSURANCE, INC.), and MARKEL INSURANCE COMPANY, a foreign limited liability company, |
| Third-Party Defendants. |

Third-Party Defendant Markel Insurance Company moves for the admission of April T. Villaverde to practice before this Court in this case, with Rachel H. Parkin of Milodragovich, Dale & Steinbrenner, P.C. to act as local counsel. (Doc. 52.) Ms. Villaverde's application complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d)(3).

Accordingly, IT IS ORDERED that the motion (Doc. 52) is GRANTED on the condition that Ms. Villaverde does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. If she has not already done so, Ms. Villaverde shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Villaverde files a separate pleading acknowledging her admission under the terms set forth above within fifteen days of this Order.

DATED this 7th day of July, 2022.

_____
Dana L. Christensen, District Judge
United States District Court