UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

MARKEL AMERICAN INSURANCE
COMPANY,

           Plaintiff and Counter-
           Defendant,

   v.

CLEARVIEW HORIZON, INC.,
MIKE LINDERMAN, and MICHELE
MANNING,

           Defendants,

  and

MACKENZIE CORINNE HOYER,
JULIANNA PELUSO, ALLANAH
TERRETT, EMILY CARTER, STEPHANIE
KAISER, SUZANNAH SCARCELLO,
ANNA BRYANT, and CHRISTINA WARD,

           Defendant-Intervenors.

CLEARVIEW HORIZON, INC.,

           Counterclaimant and
           Third-Party Plaintiff,

   v.

MARSH & MCLENNAN AGENCY, LLC, a
foreign limited liability company (formerly
known as PAYNEWEST INSURANCE,

CV 21–73–M–DLC

JUDGMENT IN A CIVIL CASE

INC.), and MARKEL INSURANCE
COMPANY, a foreign limited liability
company,

Third-Party Defendants.

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**      **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with the Court's order dated 3/31/2023, Doc. 91, judgment is entered in favor of MAIC and against Defendants with respect to the claims between those parties set forth in the Complaint (Doc. 1).

IT IS FURTHER ORDERED that judgment is entered in favor of MIC and against Third-Party Plaintiff Clearview Horizon, Inc. with respect to the claims between those parties set forth in the Second Amended Third-Party Complaint (Doc. 45).

Dated this 31st day of March, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk