Robert J. Phillips
Elijah L. Inabnit
GARLINGTON, LOHN & ROBINSON, PLLP
350 Ryman Street • P. O. Box 7909
Missoula, MT 59807-7909
Phone (406) 523-2500
Fax (406) 523-2595
rjphillips@garlington.com
elinabnit@garlington.com

Attorneys for Markel American Insurance Company

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### MISSOULA DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY,<br><br>    Plaintiff and Counter-Defendant,<br><br>v.<br><br>CLEARVIEW HORIZON, INC., MIKE LINDERMAN, and MICHELE MANNING,<br><br>    Defendants.<br><br>and<br><br>MACKENZIE CORINNE HOYER, JULIANNA PELUSO, ALLANAH TERRETT, EMILY CARTER, STEPHANIE KAISER, SUZANNAH SCARCELLO, ANNA BRYANT, and CHRISTINA WARD,<br><br>    Defendants-Intervenors. | Cause No. CV-21-73-M-DLC-KLD<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

CLEARVIEW HORIZON, INC.,

    Counterclaimant and
    Third-Party Plaintiff,

v.

MARSH & McLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as PAYNEWEST INSURANCE, INC.), and MARKEL INSURANCE COMPANY, a foreign limited liability company,

    Third-Party Defendants.

COME NOW Plaintiff, Markel American Insurance Company ("MAIC") and Defendant, Clearview Horizon, Inc. ("Clearview"), by and through their respective counsel of record, and hereby stipulate and agree to dismiss with prejudice all counterclaims pled and asserted by Clearview against MAIC in their First Amended Counterclaim, filed January 13, 2022 (Doc. 40), pursuant to the parties' Joint Release and Settlement Agreement, with each party to bear their own costs and attorneys' fees.

DATED this 18th day of October, 2023.

        By: /s/ Elijah L. Inabnit
        Robert J. Phillips
        Elijah L. Inabnit
        GARLINGTON, LOHN & ROBINSON, PLLP
        *Attorneys for Markel American Insurance Co.*

DATED this 18th day of October, 2023.

        By: /s/ Randall G. Nelson
            Randall G. Nelson
            NELSON LAW FIRM, P.C.
            *Attorneys For Defendants-Intervenors and Clearview Horizon, Inc.*