IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | CV 21–73–M–DLC |
| Plaintiff and Counter-Defendant, | ORDER |
| v. | |
| CLEARVIEW HORIZON, INC., MIKE LINDERMAN, and MICHELE MANNING, | |
| Defendants, | |
| and | |
| MACKENZIE CORINNE HOYER, JULIANNA PELUSO, ALLANAH TERRETT, EMILY CARTER, STEPHANIE KAISER, SUZANNAH SCARCELLO, ANNA BRYANT, and CHRISTINA WARD, | |
| Defendant-Intervenors. _____ | |
| CLEARVIEW HORIZON, INC., | |

Counterclaimant and Third-Party Plaintiff,

v.

MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as PAYNEWEST INSURANCE, INC.), and MARKEL INSURANCE COMPANY, a foreign limited liability company,

Third-Party Defendants.

Before the Court is the Stipulation for Dismissal with Prejudice entered by Plaintiff Markel American Insurance Company ("MAIC") and Defendant and Counterclaim-Plaintiff Clearview Horizon, Inc. ("Clearview"). (Doc. 96.) The parties stipulate and agree to dismiss with prejudice all counterclaims pled and asserted by Clearview against MAIC in their First Amended Counterclaim (Doc. 40), pursuant to the parties' Joint Release and Settlement Agreement, with each party to bear their own costs and attorneys' fees.

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE as to all counterclaims asserted by Clearview against MAIC, without fees or costs to either party.

DATED this 31st day of October, 2023.

_____
Dana L. Christensen, District Judge
United States District Court