IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLEARVIEW HORIZON, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as PAYNEWEST INSURANCE, INC.),<br><br>Third-Party Defendant. | CV 21–73–M–DLC<br><br>ORDER |

Before the Court is Third-Party Defendant Marsh & McLennan Agency, LLC's ("MMA") Motion for Leave to File its Reply Under Seal. (Doc. 117.) Through the Motion, MMA requests leave to file its Reply in Support of its Motion for Summary Judgment under seal. (*Id.* at 1.) Clearview Horizon, Inc. does not oppose this motion. (*Id.*)

Accordingly, the Motion (Doc. 117) is GRANTED. MMA may file its Reply in Support of its Motion for Summary Judgment under seal.

DATED this 3rd day of April, 2024.

- 1 -

Dana L. Christensen, District Judge
United States District Court