IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLEARVIEW HORIZON, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as PAYNEWEST INSURANCE, INC.), <br><br> Third-Party Defendants. | CV 21–73–M–DLC <br><br><br> ORDER |

      Before the Court is Third-Party Defendants Marsh & McLennan Agency, LLC's ("MMA") unopposed motion to vacate scheduling order. (Doc. 133.) Through the motion, MMA explains that the parties are working to negotiate a settlement and wish to vacate the current scheduling order and reset trial at a later date in the event that settlement is unsuccessful. (*Id.* at 1–2.) However, under the current scheduling order, motions are not due until November 2025, and trial is set for May 2026. (*See* Doc. 132 at 2–3.) Additionally, as set forth in the scheduling order, the parties can postpone discovery and other expert deadlines without assistance from the Court. (*See id.* at 3.) As such, the parties have sufficient time to engage in negotiations under the current scheduling order.

1

Accordingly, IT IS ORDERED that the motion (Doc. 133) is DENIED.

DATED this 19th day of August, 2025.

_____
Dana L. Christensen, District Judge
United States District Court