IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CLEARVIEW HORIZON, INC., <br><br> Third-Party Plaintiff, <br><br> v. <br><br> MARSH & MCLENNAN AGENCY, LLC, a foreign limited liability company (formerly known as PAYNEWEST INSURANCE, INC.), <br><br> Third-Party Defendants. | CV 21–73–M–DLC <br><br><br> ORDER |

Pursuant to the Stipulation for Dismissal of the parties (Doc. 136),

IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE as being fully settled on its merits, each party to bear its own costs and attorney fees.

DATED this 7th day of January, 2026.

_____
Dana L. Christensen, District Judge
United States District Court

1